# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-cr-00308-LJO |
| --- | --- |
| Plaintiff, | 1:17-cr-00309-LJO |
| v. | **ORDER REFERRING ATTACHED COMMUNICATIONS TO FEDERAL DEFENDER'S OFFICE** |
| CLIFFORD BRIGHAM, | |
| Defendant. | |

Earlier this year, the Court received the attached communications from the Defendant and members of Defendant's family. Upon further review of the content of those communications and in accordance with Eastern District of California General Order 595, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Defendant in this matter in order to evaluate whether Defendant may be eligible for relief under the First Step Act. Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **March 6, 2020,** to file a motion related to Defendant's case **or** notify the Court that it does not intend to file such a motion. Thereafter, the Court will determine whether further scheduling is necessary. The Clerk of Court is **DIRECTED to serve the FDO** with a copy of this Order **and** provide a copy to CJA Panel Administrator Connie Garcia at Connie_Garcia@fd.org.

IT IS SO ORDERED.

Dated: **December 30, 2019**      /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE