McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 1:17-CR-308-NONE-SKO; |
| Plaintiff, ) | 1:17-CR-309-NONE-SKO |
| ) | |
| v. ) | |
| ) | |
| CLIFFORD BRIGHAM, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | SETTING FORTH BRIEFING SCHEDULE |
| Defendant. ) | REGARDING DEFENDANT'S MOTION TO |
| ) | REDUCE SENTENCE [DOC 41] |
| ) | |
| ) | |

## **BACKGROUND**

On March 13, 2019, defendant filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 41). Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings. In particular, the United States requires additional time to communicate with the Bureau of Prisons regarding the defendant's medical status.

THEREFORE, defendant Clifford Brigham, by and through his counsel of record Ann C. McClintock, and plaintiff the United States of America, by and through its counsel of record, Assistant United States Attorney Michael G. Tierney, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1

1. Any opposition by the United States must be filed on or before April 10, 2020.

2. Any reply by the defendant must be filed on or before May 1, 2020.

DATED: March 18, 2020

By:   /s/ Ann C. McClintock
      ANN C. McCLINTOCK
      Attorney for Defendant
      Clifford Brigham

DATED: March 18, 2020                   McGREGOR W. SCOTT
                                              United States Attorney

By:   /s/ Michael G. Tierney
      MICHAEL G. TIERNEY
      Assistant U.S. Attorney

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **March 19, 2020**

UNITED STATES DISTRICT JUDGE

2